IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: March 13, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Andrea Bell |

_____

| | |
|---|---|
| Criminal Action No. 13-cr-00417-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Geoffrey Rieman |
|      Plaintiff, | |
| v. | |
| 1.  RAMIRO ZARATE-NOYOLA, | Scott Varholak |
|      Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Rieman

Sentencing Statement by Mr. Varholak

**ORDERED:   There being no objection, the Government's Motion For An
Additional One-Level Reduction For Acceptance Of Responsibility
Under §3E1.1 [21] is GRANTED.**

1

Defendant's Allocution

**ORDERED:   Defendant's Motion For Downward Departure And/Or Variant Sentence [20] is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to cultural assimilation and DENIED AS MOOT for a downward variance.**

Defendant plead guilty to the one-count Indictment on December 10, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Ramiro Zarate-Noyola, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:41 p.m.   Court in Recess
             Hearing concluded
             Time: 41 minutes